IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**THEODORE HOSAFLOOK,**

    **Plaintiff,**

**v.**                   //     CIVIL ACTION NO. 1:17CV28
                                           (Judge Keeley)

**OCWEN LOAN SERVICING, LLC,**

    **Defendant.**

**ORDER GRANTING JOINT MOTION FOR ONE-DAY
EXTENSION TO BRIEFING SCHEDULE [DKT. NO. 97]**

On August 17, 2018, the parties filed a joint motion to extend the deadline for submission of reply briefs in support of their pending cross-motions for summary judgment. Finding good cause, the Court **GRANTS** the motion (Dkt. No. 97) and **DIRECTS** the parties to file their reply memoranda no later than **Monday, August 20, 2018.**

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: August 17, 2018.

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE