```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**THEODORE HOSAFLOOK,**

    **Plaintiff,**

**v.**  //  **CIVIL ACTION NO. 1:17CV28**
                                   (Judge Keeley)

**OCWEN LOAN SERVICING, LLC,**

    **Defendant.**

**ORDER SUMMARIZING RULINGS MADE AT THE FINAL PRETRIAL CONFERENCE**

On September 17, 2018, the Court conducted a final pretrial conference in this case, during which it:

1. **DENIED** the plaintiff's "Motion in Limine to Preclude Defendant from Offering Evidence That Is Not Best Evidence or Is Hearsay" (Dkt. No. 132);

2. **DEFERRED** until trial a ruling on the plaintiff's "Motion in Limine Regarding the defense of 'Bona Fide Error'" (Dkt. No. 133);

3. **DENIED as UNRIPE** the plaintiff's "Motion in Limine Regarding Defendant's Spoliation of Evidence" (Dkt. No. 134);

4. **DEFERRED** until trial a ruling on the plaintiff's "Motion in Limine to Exclude Testimony or Evidence from Donna O. Eisenberg" (Dkt. No. 135);

**HOSAFLOOK V. OCWEN LOAN SERVICING, LLC**                              **1:17CV28**

**ORDER SUMMARIZING RULINGS MADE AT THE FINAL PRETRIAL CONFERENCE**

5. **DEFERRED** until trial a ruling on the plaintiff's "Motion in Limine to Preclude Evidence or Argument Regarding Plaintiff's Character" (Dkt. No. 136)**;**

6. **DENIED** the plaintiff's "Motion in Limine to Exclude Previously Unidentified Witnesses from Testifying and/or Any Testimony That Is Inconsistent with the Testimony at the Rule 30(b)(6) Deposition" (Dkt. No. 137);

7. **GRANTED** the defendant's "Motion in Limine Regarding Hometown of Counsel" (Dkt. No. 114);

8. **DENIED** the defendant's "Motion in Limine Regarding Defendant's Size and Resources" (Dkt. No. 117);

9. **DENIED as MOOT** the defendant's "Motion in Limine Regarding Defendant Not Being Adversely Affected by the Verdict" (Dkt. No. 119);

10. **DEFERRED** until trial a ruling on the defendant's "Motion in Limine Precluding the Argument That Returning a Verdict Against Ocwen Will 'Send of Message'" (Dkt. No. 122);

11. **GRANTED** the defendant's "Motion in Limine Regarding the Golden Rule" (Dkt. No. 125);

12. **DEFERRED** until trial a ruling on the defendant's "Motion in Limine to Exclude Evidence Related to a Consumer Financial Protection Bureau Order" (Dkt. No. 127);

**HOSAFLOOK V. OCWEN LOAN SERVICING, LLC**                        **1:17CV28**

**ORDER SUMMARIZING RULINGS MADE AT THE FINAL PRETRIAL CONFERENCE**

13. **DENIED** the defendant's "Motion in Limine to Exclude Plaintiff's Pattern and Practice Witnesses" (Dkt. No. 129);

14. **GRANTED** the plaintiff's "Motion to Compel Defendant's Financial Information and/or For Judicial Notice of Defendant's Public Record Financial Filings," and **ORDERED** the defendant to provide the information requested no later than **Friday, September 21, 2018** (Dkt. No. 152);

15. **DENIED** the plaintiff's "Motion to Quash Subpoena" (Dkt. No. 162); and

16. **GRANTED** the defendant's "Motion to Exclude from the Public Record Confidential Documents" (Dkt. No. 163).

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: September 19, 2018

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE